**Order entered December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00641-CR

**STEVEN JOSEPH EISELE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-83436-2015**

## ORDER

We **GRANT** appellant's December 7, 2016 third motion to extend time to file his brief and **ORDER** the brief filed no later than December 22, 2016. If appellant's brief is not filed by December 22, 2016, this appeal will be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8(b). *See* TEX. R. APP. P. 38.8(b).

/s/    ADA BROWN
          JUSTICE